**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
*Electronically Filed*

| | | |
|---|---|---|
| TEE CLAW SPORTS, INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 3:26-cv-00264-BJB |
| | ) | Judge BEATON |
| ICE TEES LLC,  et al. | ) | |
| | ) | |
| Defendants | ) | |

**JOINT MOTION AND STIPULATION TO TRANSFER VENUE AND**
**PARTIES' STIPULATION TO EXTEND DEFENDANTS'**
**TIME TO RESPOND TO THE COMPLAINT**

Plaintiff, Tee Claw Sports, Inc., and Defendants, Ice Tees LLC and Dalton Rauer, through counsel, hereby move the Court, pursuant to 28 U.S.C. § 1400(b) and § 1406(a), to transfer this action from the Western District of Kentucky to the District of Colorado.  In furtherance of this motion, the parties stipulate and agree as follows:

1.      Plaintiff filed this action for patent infringement in the Western District of Kentucky; and

2.      The parties agree that pursuant to 28 U.S.C. § 1400(b) the appropriate venue for this action is the District of Colorado.

The parties further stipulate and agree that Defendants shall have fourteen (14) days from the date this action is transferred to the District of Colorado to move, answer, or otherwise respond to the Complaint.

Stipulated and agreed:

 *s/ Joan L. Simunic*                               *s/ Robert J. Theuerkauf*
Joan L. Simunic                                    Robert J. Theuerkauf
**LAW OFFICE OF J. L. SIMUNIC, PLLC**              **GRAY ICE HIGDON, PLLC**
PO Box 443                                         3939 Shelbyville Road, Suite 201
LaGrange, KY  40031                                Louisville, KY  40207
JLSPatentLaw@att.net                               (502) 677-4729
**Counsel for Plaintiff**                          rjt@grayice.com
                                                   **Counsel for Defendants**


### *CERTIFICATE OF SERVICE*

The undersigned certifies that the foregoing was filed on this __**8th**__ day of June, 2026 according to the rules of Electronic Court Filing (ECF) in effect for the Western District of Kentucky – Louisville Division, which ECF system will provide a copy of same to all persons registered to receive service in this case, and by email to the following:

Robert J. Theuerkauf
**Gray Ice Higdon, PLLC**
3939 Shelbyville Road, Suite 201
Louisville, KY  40207
(502) 677-4729
rjt@grayice.com
**Counsel for Defendants**


                                    *s/ Joan L. Simunic*
                                    **Counsel for Plaintiff**

2