**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
*Electronically Filed*

| | | |
|---|---|---|
| TEE CLAW SPORTS, INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 3:26-cv-00264-BJB |
| | ) | Judge BEATON |
| ICE TEES LLC,  et al. | ) | |
| | ) | |
| Defendants | ) | |

**NOTICE OF FILING**

Plaintiff, Tee Claw Sports, Inc., through counsel, hereby requests that the Court accept the Joint Motion and Stipulation to Transfer Venue and Parties' Stipulation to Extend Defendants' Time to Respond to the Complaint filed on 08 JUN 2026. The Joint Motion was signed and filed electronically, with Joan L. Simunic signing for Robert J. Theuerkauf with Mr. Theuerkauf's permission. The signature lines on the Joint Motion should read:


 *s/ Joan L. Simunic*
Joan L. Simunic
**LAW OFFICE OF J. L. SIMUNIC, PLLC**
PO Box 443
LaGrange, KY  40031
JLSPatentLaw@att.net
***Counsel for Plaintiff***

 *s/ Robert J. Theuerkauf* (with permission)
Robert J. Theuerkauf
**GRAY ICE HIGDON, PLLC**
3939 Shelbyville Road, Suite 201
Louisville, KY  40207
(502) 677-4729
rjt@grayice.com
***Counsel for Defendants***


 *s/ Joan L. Simunic*
***Counsel for Plaintiff***

## *CERTIFICATE OF SERVICE*

The undersigned certifies that the foregoing was filed on this __*9th*__ day of June, 2026 according to the rules of Electronic Court Filing (ECF) in effect for the Western District of Kentucky – Louisville Division, which ECF system will provide a copy of same to all persons registered to receive service in this case, and by email to the following:

Robert J. Theuerkauf
**Gray Ice Higdon, PLLC**
3939 Shelbyville Road, Suite 201
Louisville, KY  40207
(502) 677-4729
rjt@grayice.com
***Counsel for Defendants***

           *s/ Joan L. Simunic*
           ***Counsel for Plaintiff***

2